IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRET MOULTON,<br><br>                 Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br><br>                 Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:11-cv-623 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On April 24, 2012, Judge Alba issued a Report and Recommendation, recommending that the decision issued by the Commissioner of Social Security be reversed and the plaintiff's case be remanded for further consideration. Defendant Michael Astrue filed no objection to Judge Alba's report and recommendation. After having reviewed the file, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation in its entirety.[1] Accordingly, the Commissioner's decision is reversed and the plaintiff's case is remanded for reconsideration consistent with the issues stated in the Report and Recommendation. The court directs that this case be closed.

      SO ORDERED this 19th day of June, 2012.

                                                          BY THE COURT:

                                                          _____

                                                          Clark Waddoups<br>
                                                          United States District Judge

---

[1] Docket No. 18.